# EXHIBIT A

December 3rd, 10:15 a.m.

_____ calling to confirm location information concerning Dennis Weible.  Mr. Weible, I also called your attorney _____. Unfortunately, he was not there.  I request you to return this call as soon as possible at 1-877-779-3475, extension 5584. Thank you.

_____ calling to confirm location information concerning Dennis Weible.  Mr. Weible, I also called your attorney _____. Unfortunately, he was not there.  I request you to return this call as soon as possible at 1-877-779-3475, extension 5584. Thank you.