## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Weible, | ) |
| Plaintiff, | ) **JUDGMENT IN A CIVIL CASE** |
| v. | ) CV 11-0013-PHX-JAT |
| Nationwide Credit, Inc., | ) |
| Defendant. | ) |

__  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS HEREBY ORDERED, ADJUDGED by way of this Court, dismissing this case in its entirety, with prejudice. This action is closed.

April 1st    2011
Date

RICHARD H. WEARE
District Court Executive/Clerk

cc: (all counsel)

 s/ Kathy Gerchar
(By) Kathy Gerchar, Deputy Clerk